

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00244-CV

| | | |
|---|---|---|
| IN THE GUARDIANSHIP OF MAY K. JONES, INCAPACITATED | § | On Appeal from the Probate Court |
| | § | of Denton County (PR-2014-00591) |
| | § | September 20, 2018 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM